**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>NOZZTEQ INC.,<br><br>          Defendant. | Civil Action No.: 8:20-cv-02060 |

## JOINT NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, submit this joint notice of settlement. The Parties reached a resolution of this matter on November 10, 2020. The Plaintiff will file with this Court a notice of voluntary dismissal with prejudice upon execution of the parties' settlement agreement. The Parties therefore respectfully request entry of a 60-day order in accordance with Local Rule 3.08.

Respectfully submitted this 11th day of November, 2020.

| SAND, SEBOLT & WERNOW CO., LPA | GRAYROBINSON, P.A. |
|---|---|
| */s/ Howard L. Wernow* | */s/ Cole Carlson* |
| Howard L. Wernow, B.C.S. | Cole Carlson |
| Florida Bar No. 107560 | Florida Bar No.: 112863 |
| Aegis Tower – Suite 1100 | Stefan V. Stein |
| 4940 Munson Street NW | Florida Bar No.: 300527 |
| Canton, Ohio 44718 | GrayRobinson, P.A. |
| Telephone: 330-244-1174 | 401 East Jackson Street, Suite 2700 |
| Facsimile: 330-244-1173 | Tampa, Florida 33602 |
| Email: howard.wernow@sswip.com | Telephone: (813) 273-5000 |
| | Facsimile: (813) 273-5145 |
| *Board Certified in Intellectual Property Law by the Florida Bar* | Primary Email Address:<br>cole.carlson@gray-robinson.com<br>stefan.stein@gray-robinson.com |
| ATTORNEY FOR PLAINTIFF | Secondary Email Address:<br>jessica.gonzalez@gray-robinson.com |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on November 11, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Cole Carlson*
Cole Carlson

/162970/2#42745930 v1