**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**NOZZTEQ INC.,**<br><br>    Defendant. | Civil Action No.: 8:20-cv-02060-CEH-JSS<br><br>**TRIAL BY JURY DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Nozzteq Inc. in the within action WITH PREJUDICE. Nozzteq Inc. has not served an answer or a motion for summary judgment.

Dated: January 14, 2021             Respectfully submitted,

                                    SAND, SEBOLT & WERNOW CO., LPA

                                    */s/ Howard L. Wernow*
                                    Howard L. Wernow, B.C.S.
                                    Florida Bar No. 107560
                                    Aegis Tower – Suite 1100
                                    4940 Munson Street NW
                                    Canton, Ohio 44718
                                    Telephone: 330-244-1174
                                    Facsimile: 330-244-1173
                                    Email: howard.wernow@sswip.com

                                    *Board Certified in Intellectual Property Law by the Florida Bar*

                                    ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on January 14, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Howard L. Wernow*
Howard L. Wernow